# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 352 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 2416 EDA |
| | : | 2021 entered on December 15, |
| CRAIG A. ALFORD, | : | 2022, **affirming** the Judgment of |
| | : | Sentence of the Monroe County |
| Petitioner | : | Court of Common Pleas at No. CP- |
| | : | 45-CR-0000929-2020 entered on |
| | | July 23, 2021 |

## ORDER

**PER CURIAM**                                    DECIDED:  December 20, 2023

**AND NOW**, this 20th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration under the standards announced in *New York State Rifle & Pistol Association, Inc. v. Bruen*, __ U.S. __, 142 S.Ct. 2111, 213 L.Ed.2d 387 (June 23, 2022).